IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Nestor Mantala, | ) | |
| | ) | Case No. 20 CV 565 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Rowland |
| v. | ) | |
| | ) | |
| | ) | |
| City of Berwyn, Salvatore Virzi, | ) | |
| Ronald Pedecone, Tyler Johns, | ) | |
| | ) | |
| Defendants. | ) | |

**Stipulation of Dismissal**

Plaintiff Nestor Mantala, through his attorneys Hale & Monico, and Defendants City of Berwyn, Salvatore Virzi, Ronald Pedecone, and Tyler Johns, through their attorneys Del Galdo Law Group, LLC, hereby enter the following stipulation:

1. The parties have reached a settlement in this matter. The settlement is between Plaintiff and the City of Berwyn and covers all litigation related to the incident giving rise to this litigation.
2. The parties thereby stipulate to the dismiss, with prejudice, all claims asserted against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

**For the Plaintiff**
*/s/ Shawn W. Barnett*
Attorney No. 6312312

Hale & Monico, LLC
53 West Jackson, Suite 337
Chicago, IL 60604
(312) 870-6905
HaleMonico.com

**For the Defendants**
*/s/ Sean Sullivan (with consent)*

Sean Sullivan
Del Galdo law Group, LLC
1441 South Harlem Avenue
Berwyn, IL 60402
708-222-7000

**Certificate of Service**

I, the undersigned attorney, certify that I filed the foregoing using the Court's electronic filing system. As a result, copies of the filed document were electronically served upon the Court and all counsel of record.

*/s/ Shawn W. Barnett*